## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## (ABERDEEN DIVISIONAL OFFICE)

IN RE:                                                CASE NUMBER: 18-11980-JDW

CHARLENE GARDNER ODOM                                 CHAPTER 13

      DEBTOR

### MOTION TO LIFT STAY AND TO APPLY INSURANCE PROCEEDS

AmeriCredit Financial Services, Inc. dba GM Financial ("Secured Creditor"), a creditor holding a secured claim, represents that:

1.     This Court has jurisdiction over this proceeding and all parties hereto pursuant to 28 U.S.C., Sections 157 and 1334.

2.     On May 22, 2018, Charlene Gardner Odom (the "Debtor") filed with this Court a voluntary petition under Chapter 13 of the Bankruptcy Code.

3.     Secured Creditor is the holder of a Retail Installment Contract and Security Agreement ("Contract") executed by the Debtor on June 11, 2016, which granted a security interest to Secured Creditor in a 2016 Hyundai Sonata ("Vehicle"). A copy of the Contract is attached as Exhibit "A." As shown by the Certificate of Title attached as Exhibit "B," the Debtor is the owner of record of the Vehicle.

4.     Upon information and belief, the Vehicle was involved in an accident and declared a total loss.

5.     Secured Creditor has agreed to release the lien on the Vehicle in return for the insurance proceeds.

6.     As of May 23, 2019, the Debtor owed Secured Creditor $17,121.05 on it secured portion of its claim, plus interest accruing thereafter. The contractual balance owed is $19,335.70.

7.     The insurance proceeds total $10,214.19, and Secured Creditor reserves its right to seek reimbursement for the unsecured portion of its claim, including any deficiency balance.

8.     The Debtor has no equity in the Vehicle and, therefore, there is no cushion to protect against depreciation.

9.     The Debtor has failed to provide other means of adequate protection.

10.     Pursuant to 11 U.S.C. §362(d)(1), the Debtor's failure to provide adequate protection to the creditor's interest in the property is a cause for the granting of relief from the stay.

**WHEREFORE**, AmeriCredit Financial Services, Inc. dba GM Financial prays that the Court enter an order granting relief described as follows:

1.     Termination of the automatic stay to allow Secured Creditor to foreclose on its interest in the above described property to receive the insurance proceeds; and/or

2.     Authorization for the Debtor to surrender voluntarily the above described property to Secured Creditor; and/or

3.     That Secured Creditor be allowed to apply the insurance proceeds, with any deficiency treated as all other general unsecured claims; and/or

4.     That any order remain in effect regardless of conversion to another Chapter; and/or

5.     For such other and further relief to which Secured Creditor may be entitled.

THE SUNDMAKER FIRM, L.L.C.

/s/ *Gregory J. Walsh*
GREGORY J. WALSH (#104344)
1027 Ninth Street
New Orleans, LA  70115
Telephone:  (504) 568-0517
Fax: (504) 568-0519
greg@sundmakerfirm.com
**Attorney for Secured Creditor**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing has been served on all interested parties as listed below by

depositing same in the U.S. Mail, postage prepaid, and/or by electronic mail this 29th day of May,

2019:

| | | |
|---|---|---|
| Locke D. Barkley | United States Trustee | Gwendolyn Baptist-Rucker |
| 6360 I-55 North | 501 East Court Street | 1305 Church Rd. E. |
| Suite 140 | Suite 6-430 | P.O. Box 312 |
| Jackson, MS 39211 | Jackson, MS 39201 | Southaven, MS 38671 |

Charlene Gardner Odom
739 Powell Street
Coldwater, MS 38618

/s/ *Gregory J. Walsh*
Gregory J. Walsh

**Retail Installment Contract and Security Agreement**

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary |
|---|---|---|
| PRIDE HYUNDAI | CHARLENE GARDNER | Acct. 1 |
| 680 HIGHWAY 6 | 739 POWELL ST | Date 06/11/2016 |
| GATESVILLE, MS 38606 | COLDWATER MS 38618 | |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosures

| Annual Percentage Rate The cost of your credit as a yearly rate. | Finance Charge The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all scheduled payments. | Total Sale Price The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| | | | | $ 2000.00 |
| 14.90 % | $ 11797.85 | $ 22352.47 | $ 34150.32 | $ 36150.32 |

Payment Schedule. Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 72 | $ 474.31 | MONTHLY BEG  07/26/2016 |
| N/A | $ N/A | |
| N/A | $ N/A | N/A |

Security. You are giving a security interest in the Property purchased.

Late Charge. If you don't make a payment within 10 days of its due date you will pay a late charge of 5% of the late amount or $5, whichever is less, unless the Vehicle is a commercial vehicle. For a commercial vehicle, if you don't make a payment within 15 days of its due date, you will pay a late charge of 4% of the late amount, with a minimum charge of $5 and a maximum charge of $50.

Prepayment. If you pay off this Contract early, you will not have to pay a penalty.

Contract Provisions. You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2016 | HYUNDAI | SONATA | N/A | 5NPE24AF9GH421190 | 10 |

☐ New  Other:
☐ Used
☐ Demo

## Description of Trade-in

N/A

## Conditional Delivery

☐ Conditional Delivery. If checked, you agree that the following agreement regarding incoming financing ("Agreement") applies.  N/A
N/A                   The Agreement is part of this Contract. You
agree we will no longer continue after the assignment is completed. If there are any conflicts between the terms of this Contract, the terms of this Contract will apply.

## Itemization of Amount Financed

| a. Cash Price of Vehicle, etc. and itemization of | | |
|---|---|---|
| $ 1159.17 | $ | 24054.17 |
| b. Trade-In allowance | | N/A |
| c. Less: Amount owing, paid to (creditor's): | | |
| N/A | | N/A |
| d. Net trade-in (b - c negative: enter $0 here and enter the amount on line k) | | N/A |
| e. Cash payment | | 500.00 |
| f. Manufacturer's rebate | | 1500.00 |
| g. Deferred down payment | | N/A |
| h. Other down payment (describe) N/A | | N/A |
| i. Down Payment (d + e + f + g + h) | | 2000.00 |
| j. Unpaid balance of Cash Price (a - i) | | 22054.17 |
| k. Amount paid to deferred down payment (h + i) | | N/A |
| l. Paid to public officials, including filing fees | | 10.00 |
| m. To insurance companies paid to insurance companies(s) | | N/A |
| n. Service Contract, paid to: | | |
| N/A | | N/A |
| N/A | | N/A |
| o. DOCUMENTATION SERVICE | | 288.30 |
| p. N/A | | N/A |
| q. N/A | | N/A |
| r. N/A | | N/A |
| s. N/A | | N/A |
| t. N/A | | N/A |
| u. N/A | | N/A |
| v. N/A | | N/A |
| w. N/A | | N/A |
| x. N/A | | N/A |
| y. Total Other Charges/Amts Paid (n thru x) | | 298.30 |
| z. Prepaid Finance Charge | | N/A |
| aa. Amount financed-principal balance (j+y+z) | | 22352.47 |
| bb. Finance charge | | 11797.85 |
| cc. Total of payments=time balance (aa+bb) | | 22352.47 |

We may retain or receive a portion of any amount paid to others.

## Insurance Disclosures

Credit insurance. Credit life and credit disability insurance and health are not required to obtain credit and are not a charge in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you if you qualify for coverage. We are buying below only if we want insurance. We are buying below only if the coverage term is shown.

### Credit Life
☐ Single ☐ Joint ☐ None
Premium $ N/A   Term___  N/A
Insured N/A

### Credit Disability
☐ Single ☐ Joint ☐ None
Premium $ N/A   Term___ N/A
Insured N/A

Your signature below and your elect period that insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage as offered

| N/A | N/A |
|---|---|
| Signature | DOB |
| N/A | N/A |
| By: | DOB |
| N/A | N/A |
| Signature | DOB |

Property Insurance. You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The minimum coverage obtainable you can accept $_____ ____ for property you can
term of through us you will pay N/A       for  N/A
N/A       of coverage.

This premium is calculated as follows:
☐ N/A _____ Deductible, Collision Coll  $ N/A
☐ N/A _____ Collision, Comprehensive  $ N/A
☐ Fire Theft and Combined Additional Coll  $ N/A
☐ N/A _____  $ N/A

Liability insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.

☐ Single interest insurance. You must purchase single interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice. Insurance acceptable to us. If you buy the coverage from us through us, you will pay
$ N/A N/A      of coverage.

## Sales Agreement

Payment. You promise to pay us the principal amount of $ 22352.47 plus finance charges accruing on the unpaid balance at the rate of 14.9000 % per year from the date of this Contract until maturity. After maturity, or after you default and we demand payment, we will charge finance charges on the unpaid balance at 14.9000 % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-In-Lending Disclosures. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

Down Payment. You also agree to pay us the Cash Price, on or before the date of this Contract, any cash which we show below is also described in the itemization of Amount Financed.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ Documentary/Service Fee. You agree to pay a Documentary/Service fee of $ 288.30

A DOCUMENTARY/SERVICE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW. HOWEVER, IT MAY BE CHARGED TO A BUYER, SELLER FOR THE HANDLING OF DOCUMENTS AND THE PERFORMANCE OF SERVICES RELATED TO THE SALE OR LEASE AND MAY INCLUDE DEALER PROFIT. THIS NOTICE IS REQUIRED BY REGULATION OF THE MISSISSIPPI MOTOR VEHICLE COMMISSION.

## Additional Provisions

You may rely any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means both you want the described item and that you have received and demand a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage as offered.

☐ Service Contract
Item $ N/A
Price $ N/A
Coverage N/A

☐ Gap Waiver or Gap Coverage
Item N/A
Price $ N/A
Coverage N/A

☐ N/A
Item N/A
Price $ N/A
Coverage N/A

| N/A | N/A |
|---|---|
| By: | Date |
| N/A | N/A |
| By: | Date |
| N/A | N/A |
| By: N/A | Date |

## Signature Notice

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

Entire Agreement. You and we within agreements contained in this Contract. There are no oral other agreements modifying this Contract. Any change to this Contract must be in writing and signed by you and us.

| CHARLENE GARDNER | 06/11/2016 |
|---|---|
| Signature | Date |
| N/A | N/A |
| By: N/A | Date |
| N/A | N/A |
| By: N/A | Date |

Notice to the Buyer. 1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the Contract you sign.

By signing below, you agree to the terms of this Contract. You received a copy of this Contract, and had a chance to read and review it before you signed it.

Buyer

| CHARLENE GARDNER | 06/11/16 |
|---|---|
| | Date |
| N/A | N/A |
| By: | Date |
| N/A | N/A |
| By: N/A | Date |
| N/A | 06/11/16 |
| By: PRIDE HYUNDAI | Date |

## Assignment

Assignment. This Contract and Security Agreement is assigned to AMERICREDIT FINANCIAL SERVICES the Assignee, whose address is _____. This assignment is made ☐ under the terms of a separate agreement made between the Seller and Assignee ☐ under the terms of the Assignment by Seller section on page 2 ☐ This Assignment is made with recourse.

Seller

| | 06/11/16 |
|---|---|
| By: PRIDE HYUNDAI | Date |

Retail Installment Contract MS-102 for use in commercial accounts for advertising.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2016     Re-Order Form 1-800-654-9119          Original          MS102-LS-MS 10/10/2016
Page 1 of 2

# CERTIFICATE OF TITLE

Form 79-001-11-7-1-000

## STATE OF MISSISSIPPI

### ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 5NPE24AF9GH421190 | HYUN | 2016 | SSE | 4D | H691383-01 |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL. | NEW / USED | TYPE OF VEHICLE | PASS. OR GVW |
|---|---|---|---|---|---|
| 08182016 | 06112016 | 04 | X | PASS | 000 |

ODOMETER - TENTHS NOT INCLUDED

000010

ACTUAL MILEAGE

OWNER

GARDNER CHARLENE
739 POWELL ST
COLDWATER          MS 38618

1ST LIENHOLDER (OR OWNER IF NO LIEN)

AMERICREDIT FINANCIAL SERV
P O BOX 1510
COCKEYSVILLE          MD 21030

DATE:

MONTH | DAY | YEAR

06/11/2016

2ND LIENHOLDER

DATE:

MONTH | DAY | YEAR

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER)                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

2ND LIEN _____ BY _____
(LIENHOLDER)                        (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 18 DAY OF AUGUST 20 16

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 83-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
21177154

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*



VOID IF ALTERED