___



**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### (ABERDEEN DIVISIONAL OFFICE)

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-11980-JDW |
| CHARLENE GARDNER ODOM | CHAPTER 13 |
| DEBTOR | |

### AGREED ORDER LIFTING STAY AND TO APPLY INSURANCE PROCEEDS

Considering the Motion to Lift Stay and to Apply Insurance Proceeds (#30) filed by AmeriCredit Financial Services, Inc. dba GM Financial ("Secured Creditor"), the parties agree as follows: (JDW)

**IT IS ORDERED** that the automatic stay is hereby lifted and terminated, even if this proceeding is converted to one under another chapter, to permit Secured Creditor to receive the insurance proceeds up to the balance of its secured claim plus interest on its interest in the 2016 Hyundai Sonata bearing Manufacturer's Serial Number 5NPE24AF9GH421190 ("Vehicle").

**IT IS FURTHER ORDERED** that Secured Creditor be allowed to apply the insurance proceeds and that any remaining balance of the above claim will be paid as all other unsecured claims; and/or

**IT IS FURTHER ORDERED** that any order remain in effect regardless of conversion to another Chapter.

##END OF ORDER##

Approved:

*/s/ Gregory J. Walsh*
Gregory J. Walsh
**Attorney for Secured Creditor**

*/s/ Gwendolyn Baptist-Rucker*
Gwendolyn Baptist -Rucker
**Attorney for Debtor**

*/s/ Melanie T. Vardaman for*
Locke D. Barkley
**Trustee**

Submitted by:

GREGORY J. WALSH
1027 Ninth Street
New Orleans, LA   70115
Telephone:  504-568-0517
Fax: (504) 568-0519
greg@sundmakerfirm.com
**Attorneys for Secured Creditor**